

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. AP-76,226

### EX PARTE PEDRO SIERRA, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 1070138 IN THE 184TH DISTRICT COURT
### FROM HARRIS COUNTY

*Per curiam.*

### O P I N I O N

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of aggravated robbery and sentenced to life imprisonment. The First Court of Appeals affirmed his conviction. *Sierra v. State*, No. 01-07-443-CR (Tex. App.–Houston [1st], delivered November 14, 2008).

Applicant contends that his appellate counsel failed to timely file a petition for discretionary review in his case.

Appellate counsel filed an affidavit with the trial court. Based on that affidavit, the trial court

has entered findings of fact and conclusions of law that appellate counsel failed to file a petition for discretionary review due to power outages after Hurricane Ike. The trial court recommends that relief be granted. *Ex parte Riley*, 193 S.W.3d 900 (Tex. Crim. App. 2006). We find, therefore, that Applicant is entitled to the opportunity to file an out-of-time petition for discretionary review of the judgment of the First Court of Appeals in Cause No. 01-07-443-CR that affirmed his conviction in Case No. 1070138 from the 184th Judicial District Court of Harris County. Applicant shall file his petition for discretionary review with the First Court of Appeals within 30 days of the date on which this Court's mandate issues.

Delivered: September 23, 2009
Do not publish